UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER DUFRESNE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | No. 1:19-cv-00777-DAD-EPG<br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the motion to dismiss filed on behalf of defendants JPMorgan Chase Bank N.A. and Wilmington Trust Company (Doc. No. 3) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for July 16, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set via minute order by the assigned magistrate judge if deemed appropriate.

IT IS SO ORDERED.

Dated: **June 19, 2019**

UNITED STATES DISTRICT JUDGE

1